United States District Court
Southern District of Texas
**ENTERED**
April 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA TOKAREVA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-309 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Anna Tokareva is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas.  In this habeas action, Petitioner challenges her continued custody after an Immigration Judge issued an order of removal in October 2025.

A United States Magistrate Judge recommends that the Petition be dismissed without prejudice as premature. (R&R, Doc. 7 (citing *Zadvydas v. Davis*, 533 U.S. 678, 688 (2001)))  No party filed objections to the Report and Recommendation.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983).  The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 7).  It is:

**ORDERED** that Petitioner Anna Tokareva's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

Signed on April 1, 2026.

Fernando Rodriguez, Jr.
United States District Judge